UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

JUL - 1 2015

CLERK_____
SO. DIST. OF GA

| UNITED STATES OF AMERICA | ) | ORDER TO DISMISS |
| | ) | |
| v. | ) | 4:11-PO-00127 |
| | ) | |
| JESSICA CASTILLO-PAULUS | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the information in the above-captioned case is dismissed as requested by the United States Attorney.

SO ORDERED, this ____1st____ day of July, 2015.

_____
HONORABLE G.R. SMITH
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA